IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR159 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CHRISTOPHER SHAWN WRIGHT, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion to extend his self surrender date to on or after March 6, 2006 (Filing No. 31).

Defense counsel represents that the Defendant is to report to FMC Springfield, Missouri on January 20, 2006. However, the Defendant is needed as a witness in *United States v. Trevino,* 8:05CR163, scheduled for trial on February 14, 2006.

The Court will grant the request to continue the self surrender date. The Court cautions that it is unlikely that any further continuances will be granted.

IT IS ORDERED:

1. The Defendant's motion to extend his self-surrender date to on or after March 6, 2006 (Filing No. 31) is granted;

2. The Defendant shall report no later than 2:00 p.m. on March 6, 2006, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 20th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge